UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES T. DEROSA; KATHLEEN DEROSA;
LOUIS J. DEROSA; MARY ELIZABETH
DEROSA,

       Plaintiffs,

-vs-              Case No. 2:08-cv-806-FtM-29SPC

KEVIN RAMBOSK, SHAUN M. GEORGE
and ANDREW W. ORCUTT,

       Defendants.
_____

## ORDER

  This matter comes before the Court on the Agreed Motion for Extension of Pretrial Deadlines and For Continuance of Trial Term (Doc. #48) filed on March 18, 2010. The Plaintiff moves the Court for a ninety (90) day extension of time to the pretrial deadlines and trial term established in the Case Management and Scheduling Order. As grounds, Counsel indicates mediation had to be delayed due to Counsels' participation in a trial making them unavailable to attend a mediation conference. As a result, the mediation had to be rescheduled for a later date agreed upon by the participating parties. In order to accommodate the extension, the subsequent deadlines will need to be enlarged.

  District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001). Here, the parties stipulate to the

relief requested, therefore, no party would be prejudiced. Having considered the motion, the Court finds sufficient cause exists and will grant the extension of time as outlined below.

Accordingly, it is now

**ORDERED:**

The Agreed Motion for Extension of Pretrial Deadlines and For Continuance of Trial Term (Doc. #48) is **GRANTED**.

| | |
|---|---|
| Meeting In Person to Prepare Joint Final Pretrial Statement | June 29, 2010 |
| Joint Final Pretrial Statement | July 10, 2010 |
| All Other Motions Including Motions in Limine, Trial Briefs | August 5, 2010 |
| Final Pretrial Conference | Date: August 22, 2010<br>Time: 9:00 A.M.<br>Place: Courtroom A |
| Trial Term Begins | SEPTEMBER 6, 2010 |

**DONE AND ORDERED** at Fort Myers, Florida, this __22nd__ day of March, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record